```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| JALEN Z. et al.,           : |  |
|                            : | CIVIL ACTION |
|     Plaintiffs,            : | NO. 13-4654 |
|                            : |  |
|         v.                 : |  |
|                            : |  |
| SCHOOL DISTRICT OF PHILADELPHIA, : |  |
|                            : |  |
|     Defendant.             : |  |

## O R D E R

**AND NOW**, this **15th** day of **May, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Plaintiffs' Motions for Judgment on the Supplemented Administrative Record (ECF Nos. 29, 38) are **GRANTED** as to the Pennsylvania Special Education Hearing Officer's ruling on interim pendency and **DENIED** as to the Hearing Officer's ruling on the adequacy of the individualized education program ("IEP");

(2) Defendant's Motion for Judgment on the Administrative Record (ECF No. 31) is **GRANTED** as to the Hearing Officer's ruling on the adequacy of the IEP and **DENIED** as to the Hearing Officer's

       ruling on interim pendency; and

(3) Defendant's Motion for Summary Judgment is **GRANTED**.

(4) The Court will separately schedule an evidentiary hearing to determine the amount of reimbursement to which Plaintiffs are entitled on their pendency claim.

**AND IT IS SO ORDERED.**

                                /s/ Eduardo C. Robreno
                                **EDUARDO C. ROBRENO,   J.**